IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-157-MEF |
| | ) | |
| JESTER LEE BETHEL | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment (Doc. #19) filed on October 1, 2008, it is hereby

ORDERED that the motion is GRANTED and this case is DISMISSED without prejudice.

DONE this the 7th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE